IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** _____ |
| v. | : | **DATE FILED:** _____ |
| **DON RICARDO BLANCO** | : | **VIOLATIONS:**<br>18 U.S.C. § 922(g)(1) (convicted felon in |
| | : | possession of a firearm - 1 count)<br>18 U.S.C. § 924(d) and 28 U.S.C. § |
| | : | 2461(c) (criminal forfeiture) |

### INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 5, 2005, in Reading, in the Eastern District of Pennsylvania, defendant

**DON RICARDO BLANCO,**

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate commerce a firearm, that is a Bryco Arms, .380 caliber semi-automatic handgun, Model Bryco 38, serial number 1222438, loaded with 7 live rounds of .380 caliber ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE GRAND JURY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1) set forth in this indictment, defendant

**DON RICARDO BLANCO**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of this offense, including, but not limited to:

(1) Bryco Arms, .380 caliber semi-automatic handgun, Model Bryco 38, serial number 1222438; and

(2) 7 live rounds of .380 caliber ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

_____

**A TRUE BILL:**

_____
**GRAND JURY FOREPERSON**

_____
**PATRICK L. MEEHAN**
**UNITED STATES ATTORNEY**

2